**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**


**ROBERT V. DOYLE, BEHAVIOR and
MANAGEMENT SYSTEMS, INC.**                                    **PLAINTIFFS**


**V.**                          **4:20CV01234 JM**


**ARKANSAS DEPARTMENT OF EDUCATION**                      **DEFENDANT**


## JUDGMENT

Based upon the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 9th day of December, 2020.

_____
James M. Moody Jr.
United States District Judge